USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/7/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**FRANCISCO REYNOSO,**

**Plaintiff,**

**-against-**

**XAVIER TRUCK ROAD SERVICE INC., et al.,**

**Defendants.**

----------------------------------------------------------------X

**25-CV-08681 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on August 5, 2026, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 25. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 7, 2026
New York, New York